IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 1 8 2003
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ARIZONA PUBLIC SERVICE COMPANY,**<br>400 North Fifth Street<br>Phoenix, Arizona 85004<br><br>Plaintiff,<br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | No. 03-2832C<br><br>Judge: ___________ |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff, Arizona Public Service Company, through undersigned counsel, respectfully submits this corporate disclosure statement. Arizona Public Service Company is a wholly-owned subsidiary of Pinnacle West Capital Corporation. Pinnacle West Capital Corporation is a publicly held corporation and, directly or indirectly, owns more than 10% of Arizona Public Service Company.

Respectfully submitted,

Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – Telephone
(202) 739-3001 – Facsimile

December 18, 2003

Of Counsel:

Paul M. Bessette
MORGAN, LEWIS & BOCKIUS LLP

Kenneth C. Manne
PINNACLE WEST CAPITAL CORPORATION

Attorneys for Plaintiff,
Arizona Public Service Company