IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA PUBLIC SERVICE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2832C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court enlarge the time for defendant to respond to plaintiff's complaint in this case by 14 days, to and including March 2, 2004. The Government's response to the plaintiff's complaint is currently due to be filed by February 17, 2004. Defendant has not previously requested an enlargement of time in this case for this purpose. Counsel for plaintiff, Brad Fagg, has represented that plaintiff, Arizona Public Service Company, does not oppose this motion.

This case is one of more than 65 cases that have been filed in this Court relating to the Department of Energy's alleged breach of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" ("Standard Contract"), published at 10 C.F.R. 961.11. The basic terms of each Standard Contract into which each of the nuclear power reactor owners entered are virtually identical. Specifically, each Standard Contract provides that the Government will begin its program of accepting spent nuclear fuel ("SNF") and/or high-level

radioactive waste ("HLW") from the commercial nuclear industry by January 31, 1998. See 10 C.F.R. 961.11, Art. II. However, the Standard Contract does not specify any mandatory minimum "rate" at which the Department of Energy ("DOE") would be required to continue that SNF and/or HLW acceptance after January 31, 1998. Instead, the Standard Contract contained a contractual mechanism by which, based upon the age of each SNF assembly generated and owned by each Standard Contract holder, a queue for SNF acceptance would be developed that would determine the order in which DOE would accept any particular SNF from the Standard Contract holders, with a rate of acceptance to be determined at a date after contract formation.

As the Court is aware, the Chief Judge, by order dated April 16, 2003, had stayed all of the Standard Contract cases except for six cases that he had designated as "lead" or "accelerated" cases. However, by order dated January 30, 2004, the Chief Judge lifted the stay of the Standard Contract cases. Defendant is currently attempting to evaluate the most appropriate manner in which to proceed in these cases, given the interrelated issues that exist between them. With regard to this particular case, counsel for defendant and plaintiff have discussed the most appropriate means of proceeding here, and they have agreed to continue their discussion during the next two weeks. We believe it likely that the parties in this case will be able to agree to

an appropriate procedural means of handling this particular case and respectfully request that the Court grant us an enlargement of 14 days to allow for the parties to reach an agreement that they can propose to the Court.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

February 16, 2004

CERTIFICATE OF FILING

I hereby certify that on this 16th day of February 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.