IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA PUBLIC SERVICE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2832C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court enlarge the time for defendant to respond to plaintiff's complaint in this case by 14 days, to and including March 16, 2004. The Government's response to the plaintiff's complaint is currently due to be filed by March 2, 2004. This is defendant's second request for an enlargement of time in this case for this purpose, having been previously granted an enlargement of 14 days. Counsel for plaintiff, Brad Fagg, has represented that plaintiff, Arizona Public Service Company, does not oppose this motion.

Defendant made its prior request for an enlargement of time to allow counsel for defendant and plaintiff to discuss the most appropriate means of proceeding in this case in light of the Chief Judge's lifting of the stay previously applicable to cases filed in this Court relating to the Department of Energy's alleged breach of the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" ("Standard Contract"), published at 10 C.F.R. 961.11. Unfortunately,

because of the press of business in these cases, because he was required to participate in several status conferences and prepare substantive pleadings in several different Standard Contract cases during the week of February 23, 2004, counsel for defendant was unable to confer sufficiently regarding this matter before beginning trial in one of the Standard Contract cases, Indiana Michigan Power Co. v. United States, No. 98-486C (Fed. Cl.). That trial began on March 1, 2004, and is expected to continue through March 12, 2004. However, the parties' discussions in this case are continuing, and we believe it likely that the parties in this case will be able to agree to an appropriate procedural means of handling this particular case and respectfully request that the Court grant us an additional enlargement of 14 days to allow for the parties to reach an agreement that they can propose to the Court.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 2, 2004

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of March 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.