# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: March 3, 2003

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Defendant's unopposed motion for an enlargement of time filed on February 16 is GRANTED *nunc pro tunc*. Defendant's second unopposed motion for an enlargement of time to March 16 is GRANTED.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge