IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARIZONA PUBLIC SERVICE COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 03-2832C<br>(Judge Hodges) |

DEFENDANT'S MOTION FOR LEAVE TO FILE
ITS ANSWER TO PLAINTIFF'S COMPLAINT ONE DAY OUT OF TIME

Defendant, the United States, respectfully requests that the Court grant defendant leave to file its answer to the plaintiff's complaint one day out of time. A copy of the Government's answer accompanies this motion. The Government's response to the plaintiff's complaint was due to be filed by March 16, 2004, pursuant to the Court's order granting the Government's prior motion for an enlargement of time. However, because of an inadvertent error, our response to plaintiff's complaint was not filed yesterday.

We intended to file our response to plaintiff's complaint yesterday electronically. That response was not filed yesterday because of an apparent miscommunication by counsel for defendant. This error was inadvertent and unintentional. We respectfully request that the Court allow us to rectify this error and grant us leave to file an answer to plaintiff's complaint at this time, one day out of time. Our filing of an answer one day out of time should not prejudice the plaintiff in this case.

For the foregoing reasons, we respectfully request that the Court grant us leave to file our answer to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 17, 2004

## CERTIFICATE OF FILING

I hereby certify that on this 17th day of March 2004, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE ITS ANSWER TO PLAINTIFF'S COMPLAINT ONE DAY OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.