# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No. 03-2832C

v. * Filed: March 23, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Defendant's Motion for Leave to File its Answer One Day Out of Time is GRANTED.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge