# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: April 14, 2003

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Defendant has filed a "Motion to Stay all Proceedings or, in the Alternative, for Coordinated Discovery Regarding the Rate and Schedule Issues" in this case. The court will host a pre-discovery conference on April 30, 2004 with Judge Diane Sypolt as presiding judge, to explore the motion for stay and the discovery needed in the new SNF cases.

Judge Sypolt will not decide the issue of coordinated discovery, but will report the parties' views to presiding judges in the SNF cases.

Plaintiffs may submit reports specifying their discovery plans and objectives on or before April 23. The reports may include (1) the nature and scope of discovery needed to respond to the Government's standard dispositive motion on the rate of acceptance; (2) circumstance that may affect the timing of discovery or trial; (3) whether discovery provided in prior cases on the same issues would apply; and (4) additional responses to issues raised in defendant's Motion to Stay or to Coordinate Discovery.

Defendant will submit a report presenting its views on the same matters, on or before April 23, including information regarding (1) how defendant proposes to provide access to and use of material produced in old SNF cases to new plaintiffs; (2) conditions that it would impose on the use of such materials, if any; (3) the nature, extent, and schedule of discovery, if any, that the Government anticipates requesting from SNF plaintiffs before trials are concluded in the lead cases; and (4) comments on plaintiffs' responses to its Motion to Stay or to Coordinate Discovery.

Plaintiffs attending the conference will designate no more than three representatives to serve as lead counsel during the conference. The court in its discretion may permit or request others in attendance to address issues that may be raised.

SNF plaintiffs may opt not to submit a report or to attend the conference. Plaintiff's counsel who prefer to participate by conference call may call Ms. Ghougasian no later than the close of business on April 27. Note that technical limitations may preclude accommodation of all requests.

The pre-discovery conference will be held on Friday, April 30, 2004, at 2:00 p.m., EDT., in Courtroom 4 of the United States Court of Federal Claims, Howard T. Markey National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. Questions regarding scheduling matters should be directed to Judge Sypolt's judicial assistant, Ms. Laurice Ghougasian, (202) 219-9655.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge