# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: June 4, 2003

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Plaintiff filed a motion for stay in this case. We attach the text of a Standard Order issued on behalf of the Chief Judge in the cases which the parties wish to stay. Plaintiff's motion for stay is GRANTED.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge