# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: August 10, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

This case has been stayed since June. We ask that the parties contact the court to provide a status report in the event of any changes or progress in this case.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge