# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: December 20, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

We granted the parties' motion for a stay in June, and sought reports of any changes or progress in the case on August 10. We ask that the parties consult and advise the court whether any steps may be taken to use this time productively, through discovery or otherwise. We do not wish to have cases on the court's docket stayed indefinitely. If plaintiff has causes of action that the court should hear, we are willing to consider them. Unless the parties can agree that the lead cases will be dispositive of this one, we expect to lift the stay and rule on pending motions, or the merits as the case may be, promptly. Counsel will respond no later than January 3.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge