# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: January 7, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The parties propose that we stay this case at least until June 24, 2005, pending rulings in other courts. Therefore, this case is suspended. Counsel will notify the court when they are prepared to move forward.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge