**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ARIZONA PUBLIC SERVICE COMPANY,** | |
| **Plaintiff,** | |
| **v.** | No. 03-2832 |
| **UNITED STATES OF AMERICA,** | Judge Hodges |
| **Defendant.** | |

**JOINT STATUS REPORT**

Pursuant to this Court's order of January 7, 2005, the parties respectfully file this joint status report. The parties are mindful of the Court's desire not to "have cases on the court's docket stayed indefinitely," [December 20, 2004 Order] but, in the circumstances of this case, believe that the interests of efficiency and economy overwhelmingly support the currently-requested defined extension of the stay. Accordingly, as described below, the parties jointly request that the current stay of this case be extended until December 15, 2005.

This action is based upon a Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract") between various utilities and the United States, acting through the Department of Energy ("DOE"), the material terms of which are published at 10 C.F.R. § 961.11. Approximately fifty-nine cases involving the Government's actions in connection with spent nuclear fuel ("SNF") and/or high-level waste ("HLW") are currently pending in the Court of Federal Claims.[1]

[1] Five other cases have been dismissed voluntarily or by joint stipulation, while a sixth (continued).

Both parties agree that the Court should issue a modest and reasonable continuation of the stay of all proceedings, including discovery, until December 15, 2005. The parties agree that a stay of proceedings in this case will allow for possible efficiencies because of the resolution of legal and factual issues in previously filed cases in which similar claims are being pursued by other plaintiffs. These issues may include, among others, so-called "rate issues," or the minimum mandatory schedule for the acceptance of SNF and HLW by which the Government was contractually obligated to accept contract holders' SNF and/or HLW, and issues regarding recovery of damages under a partial breach of contract theory that will be alleged to occur in the future. These issues have been, or are expected to be, presented in trials that have occurred or are currently scheduled to occur between now and the end of 2005,[2] and resolution of these issues in such cases could facilitate agreements by the parties in this lawsuit, or at a minimum, inform the Court's consideration of such issues if they remain contested and require resolution in this case.

The parties request that the stay be continued until at least December 15, 2005. By that date, there may be appellate guidance on some of the issues identified above, and decisions may be issued in at least some of these cases that have been tried or will be tried. At that time, the

---

case, Indiana Michigan Power Co. v. United States, 98-486C (Fed. Cl.), is on appeal of this Court's final judgment. Requests for interlocutory appeal are also pending before the Federal Circuit from rulings in Florida Power & Light Co. v. United States, 98-483C, and PSEG Nuclear, LLC v. United States, No. 01-551C.

[2] Five of those cases already have completed a trial regarding the plaintiff's damages, namely Indiana Michigan Power Co. v. United States, No. 98-486C (Fed. Cl.); Yankee Atomic Elec. Co. v. United States, No. 98-126C (Fed. Cl.); Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C (Fed. Cl.); Maine Yankee Atomic Power Co. v. United States, No. 98-474C (Fed. Cl.); and Sacramento Municipal Utility District v. United States, No. 98-488 (Fed. Cl.). The Court has issued a decision in Indiana Michigan which was appealed and in which oral argument was held on June 6, 2005. Additional trials are scheduled in 2005 in Tennessee Valley Authority v. United States, 01-249 (Fed. Cl.), and Southern Nuclear Operating (continued).

Court should allow the parties to submit another status report identifying their positions regarding further activity in the case in light of the status of activities in other cases.

As noted above, both parties desire this case to be stayed and, therefore, desire to defer setting a schedule for the filing of any dispositive motions. Similarly, both parties believe that the jointly-requested stay will help to inform their decisions regarding their intent to file such motions, and that it is premature at this time to commit to filing such motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brad Fagg
BRAD FAGG
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

Of Counsel:
Kenneth C. Manne
PINNACLE WEST
CAPITAL CORPORATION

Attorneys for Plaintiff

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 616-0170
Facsimile: (202) 514-8624

Attorneys for Defendant

June 24, 2005

---

Company v. United States, 98-614C (Fed. Cl.).

CERTIFICATE OF FILING

I hereby certify that on this 24th day of June 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Paul Bessette