# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: June 24, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

We have stayed this case until December 15 at the request of both parties; the case remains suspended. Counsel will notify the court if circumstances change.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge