# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: December 16, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The parties jointly request a stay until June 30, 2006, pending rulings in other courts. We consider prompt trials, rulings, and appeals to be the best means of obtaining guidance on issues that are undecided or uncertain. The motion to extend the stay of proceedings until June 30, 2006 is nevertheless GRANTED at the parties joint request. Counsel will notify the court if circumstances change.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge