IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARIZONA PUBLIC SERVICE COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 03-2832C<br>(Judge Hodges) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of seven days, to and including July 7, 2006, within which to file the Joint Status Report. Pursuant to the Court's December 16, 2005 order, the parties are to file a Joint Status Report on June 30, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Arizona Public Service Company ("Arizona"), has indicated that Arizona does not oppose this motion for an enlargement of time.

The requested enlargement is necessary because the press of other business in other spent nuclear fuel cases pending before the Court have made it impossible for counsel to review the portion of the Joint Status Report prepared by counsel for Arizona, prepare the Government's portion of the Joint Status Report, and file it with the Court by the current deadline. Specifically, counsel has been unable to devote the time necessary to complete this effort because counsel has been involved in the preparation and review of the post-trial brief in Pacific Gas & Electric Co. v. United States, No. 04-00074C and No. 04-00075C (Hewitt, J.), due today, as well as replies to pending motions in Vermont Yankee Nuclear Power Corp. v. United States, No. 02-898C (Wheeler, J.) and Entergy Nuclear Vermont Yankee, LLC v. United States, No. 03-2663C

(Wheeler, J.), filed yesterday, June 29, 2006, and to be filed July 6, 2006. In addition, counsel has been required to review and assist in finalizing and submitting the reports of the Government's experts in Wisconsin Electric Power Co. v. United States, No. 00-697C (Merow, S.J.), which are due today.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of seven days, to and including July 7, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

June 30, 2006

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 30th day of June, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan