# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No. 03-2832C

v. * Filed: July 5, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Defendant's motion for enlargement to July 7 to file the joint status report is GRANTED. Plaintiff does not object.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge