# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: July 7, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

Defendant's unopposed motion for an enlargement of time to July 10 is GRANTED.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge