# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * | | |
| ARIZONA PUBLIC SERVICE COMPANY, | * | |
| Plaintiff, | * | No.03-2832C |
| v. | * | Filed: July 12, 2006 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * * | | |

**ORDER**

We see no reason to continue the stay this case over plaintiff's objections. Common issues may exist among Arizona Public Service Company and other utility plaintiffs with suits pending either in this court or in the Federal Circuit. However, we consider prompt trials, rulings, and appeals to be the best way to resolve disputes. It is not practical to await appellate resolution of substantially all matters in contention before proceeding with a case.

Plaintiff has agreed to submit its damages schedules and supporting documentation. The Government has expressed concern about having enough time to audit plaintiff's damages schedules, but six months is an appropriate period for such a task. We will entertain reasonable requests by defendant for enlargements if necessary.

The discovery schedule plaintiff proposed in the status report filed July 10 is acceptable. We adopt the dates in that report through the close of discovery as follows:

| | |
|---|---|
| July 28, 2006 | Stay lifted; discovery can commence. |
| December 29, 2006 | Any amendment of pleadings. |
| February 28, 2007 | Plaintiff's damage schedules produced. |
| May 31, 2007 | Plaintiff's expert reports, if any. |
| August 31, 2007 | Defendant's expert reports, response to Plaintiff's damage schedules. |
| October 31, 2007 | Plaintiff's rebuttal expert reports, if any. |

December 20, 2007 Close of all discovery.

The parties will propose a reasonable pre-trial and trial schedule by status report filed with the court within seven days after the close of discovery.

SO ORDERED.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge