# In the United States Court of Federal Claims

* * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 03-2832C
Filed: August 17, 2006

**ORDER**

The Clerk of Court is directed to strike from the record in this case the order entered on August 15, 2006, and to remove from the Court of Federal Claims' CM/ECF system the the following portable document format (pdf) file:

#31 ORDER granting Motion for Protective Order. Protective Order, E-mail Preservation Order, Order Governing Access to "Record Information System" Database entered.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge