# In the United States Court of Federal Claims

* * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 03-2832C
(Judge Hodges)

**E-MAIL PRESERVATION ORDER**

The Court hereby adopts the following salient provisions of the E-mail Plan utilized in the coordinated discovery proceedings, as follows:

(1) Except as described in paragraph 2 below, the parties have no preservation or retention requirements with respect to e-mail communications and electronic records for this case.

(2) The parties shall preserve any e-mail back-up tapes that exist from the 1988-1996 time period which may potentially contain relevant information. The Department of Energy will only preserve such tapes to the extent that they are from the Office of Civilian Radioactive Waste Management ("OCRWM").

(3) The parties shall evenly share the costs of any search of any of the backup tapes preserved pursuant to Paragraph 2, which costs should not exceed $15,000 for each tape.

IT IS SO ORDERED.

Dated: August 17, 2006

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge