# In the United States Court of Federal Claims

* * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No. 03-2832C (Judge Hodges)

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**STIPULATED ORDER GOVERNING REVIEW OF THE DEPARTMENT OF ENERGY'S ELECTRONIC "RECORD INFORMATION SYSTEM" DATABASE**

Discovery in this case relating to the DOE's electronic "Record Information System" database is governed by the following:

(1) This order extends to any type of privilege or protection claimed, although no party at this time necessarily agrees to any other party's interpretation or scope of any privilege or other protection that may be asserted.

(2) Each party reserves the right to challenge the assertion, interpretation, or scope of any privilege or other protection claimed by the other party.

(3) The parties have agreed that plaintiff in this litigation will be allowed to search electronically for documents relevant to the issues in this case that are currently maintained in an electronic database maintained by the Department of Energy called the Records Information System ("IRS"). By allowing plaintiff in this litigation access to the IRS, defendant will not be considered to have waived any privilege or protection applicable to any document or information contained in or upon that database. After plaintiff in this litigation reviews documents contained in or upon the IRS and identifies those documents contained therein that it wishes defendant to produce in this litigation, defendant will be entitled to review those documents and withhold from physical production any documents that it deems privileged or subject to protection. Any such documents withheld will be identified on a privilege log. This agreement will not affect the plaintiff's rights to challenge defendant's

assertion of privilege or protection, except that plaintiff will not be entitled to assert that defendant has waived any privilege or protection by allowing access to the IRS.

(4) Nothing in this order shall prohibit a party from withholding from review and/or production any document covered by any privilege(s) or protection.

IT IS SO ORDERED.

Dated: August 17, 2006

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge