IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA PUBLIC SERVICE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2832C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ADJUST DISCOVERY SCHEDULE**

Pursuant to Rules 6 and 6.1 of the United States Court of Federal Claims ("RCFC"), plaintiff, Arizona Public Service Company ("APS"), and defendant, the United States, respectfully request an adjustment of the deadlines set forth in the Court's Discovery Scheduling Order of July 12, 2006, to complete fact and expert discovery, and to submit a proposed pre-trial and trial schedule. A trial date has not yet been set. The Court previously entered an order staying this matter on June 4, 2004, pursuant to a joint request by the parties, and at periodic intervals extended the stay as requested by the parties. On July 12, 2006, the Court lifted the stay at the request of APS, and issued its Discovery Scheduling Order. No enlargements to the Discovery Scheduling Order have previously been sought.

The parties are working diligently on discovery in this spent nuclear fuel matter. APS has produced more than 50,000 pages of documents over the course of the past several months. The Government is in the process of reviewing them and has issued its first audit requests to APS, and APS is in the process of responding to those requests in preparation for an eventual on-site audit. Following the audit process, the parties anticipate depositions of APS employees. However, given progress of the pre-trial discovery to date, the parties believe that a six-month extension of the current schedule is needed to complete the necessary discovery. Recent

unanticipated operational priorities at the power plants, which have placed extra demands upon many of the same company personnel who are necessarily involved in responsive discovery in this case, have made it impractical for APS to complete its production of documents, respond to the Government's audit requests, and submit its employees for depositions within the current schedule. In addition, the requested enlargement is necessary because the same Department of Justice attorneys handling this case are currently scheduled to go to trial in two other spent nuclear fuel cases, Carolina Power & Light Co. v. United States, Fed. Cl. No. 04-37C (Nov. 5, 2007 trial date), and Dominion Resources, Inc. v. United States, Fed. Cl. No. 04-84C and Dominion Resources, Inc. v. United States, Fed. Cl. No. 04-83C (consolidated) (April 7, 2008 trial date), and have been actively engaged in discovery in those cases, as well as Southern California Edison v. United States, Fed Cl. No. 03-2869 (no trial date). Plaintiffs in those cases are also represented by the Morgan Lewis law firm. Finally, though not the reason for seeking this adjustment of the discovery schedule, the Government believes an enlargement may have the added benefit of allowing more time for the United States Court of Appeals for the Federal Circuit to provide additional guidance on certain common legal issues at issue in the spent nuclear cases–particularly in Nebraska Public Power District v. United States, No. 2007-5083 (Fed. Cir.) (appeal pending), and Pacific Gas and Electric Co. v. United States, No. 2007-5046 (Fed. Cir.) (appeal pending).

Accordingly, the parties request the following alterations to the discovery schedule, which they believe will provide sufficient time to complete discovery:

| | From | To |
|---|---|---|
| **Defendant's expert reports, Response to Plaintiff's damages schedules:** | August 31, 2007 | February 29, 2008 |
| **Plaintiff's rebuttal expert reports, if any:** | October 31, 2007 | April 30, 2008 |
| **Close of all discovery:** | December 20, 2007 | June 20, 2008[1] |

For the foregoing reasons, the parties respectfully request that the Court grant their joint motion to adjust the discovery schedule, as reflected in the schedule set forth above.

Respectfully submitted,

s/Brad Fagg
BRAD FAGG
MORGAN LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tele: (202) 739-5191
Fax: (202) 739-3001

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

[1] The July 12, 2006 Discovery Scheduling Order calls for a proposed pre-trial and trial schedule to be filed with the Court in a status report within seven days after the close of discovery. The parties respectfully request that, if this motion is granted, the deadline for the status report be tied to the new date for the completion of discovery.

s/Christopher J. Carney
CHRISTOPHER J. CARNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7597
Fax: (202) 307-2503

July 27, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2007, a copy of the foregoing "JOINT MOTION TO ADJUST DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher J. Carney