# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: July 30, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The parties' joint motion for a six-month enlargement of the discovery schedule is GRANTED. We modify the dates contained in the July 12, 2006 scheduling order as follows:

| | Old Date: | New Date: |
|---|---|---|
| Defendant's expert reports, Response to Plaintiff's damage schedules | August 31, 2007 | February 29, 2008 |
| Plaintiff's rebuttal expert reports, if any | October 31, 2007 | April 30, 2008 |
| Close of all discovery | December 20, 2007 | June 20, 2008 |

The parties will propose a reasonable pre-trial and trial schedule by status report to be filed with the court within seven days after the close of discovery.

SO ORDERED.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge