IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA PUBLIC SERVICE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2832C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DATE FOR THE SUBMISSION OF THE GOVERNMENT'S EXPERT REPORTS**

Pursuant to Rules 6 and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court revise the scheduling order, entered on July 30, 2007, to enlarge the date for the submission of the Government's expert reports and response to the damages schedules submitted by plaintiff, Arizona Public Service Company ("APS"), by 112 days, to and including June 20, 2008 (making the deadline for expert reports co-extensive with the close of discovery). Our reports are currently due on February 29, 2008. In July, the parties jointly moved to enlarge the entire discovery schedule by six months. We do not seek to enlarge the deadline for the close of all discovery on June 20, 2008, except to permit plaintiffs to conduct depositions of the Government's experts at a mutually agreeable time within the six weeks following the submission of the Government's expert reports. Likewise, the deadline for proposing a reasonable pre-trial and trial schedule by status report, which is due to be filed within seven days after the close of discovery, is unaffected by the Government's request. Counsel for APS has stated that APS does not oppose this request.

The Government is working diligently to complete discovery in this spent nuclear fuel matter. APS has produced more than 70,000 pages of documents, including approximately

20,000 pages since November. The Government is continuing its review of those documents, and undersigned counsel is accompanying the Government's auditors to Phoenix next week for an on-site accounting audit. Further, based upon its review of the documents produced thus far, the Government has provided counsel for APS with a list of approximately a dozen witnesses it would like to depose following the accounting audit. The parties have tentatively planned a first round of depositions to take place the last week of February, with subsequent rounds to follow at later dates. Granting an enlargement of time for the Government to file its expert reports is necessary to allow the Government's experts to consider the deposition testimony of APS's employees, as well as the results of the financial audit, in forming their opinions and preparing their reports.

The Government also requests the enlargement of the expert report deadline because the Government attorney team assigned to this case is also assigned to Carolina Power & Light Co., v. United States, No. 04-37C (Fed. Cl.), Dominion Resources, Inc. v. United States, No. 04-83C (Fed. Cl.), Dominion Resources, Inc. v. United States, No. 04-84C (Fed. Cl.), and Southern California Edison Co., No. 04-109C (Fed. Cl.). The Court conducted trial in Carolina Power November 5-15, 2007, and the parties are currently engaged in post-trial briefing. The first post-trial briefs are due on January 22, 2008, and reply briefs are due February 19, 2008. In Dominion Resources, trial is set for May 2008, and the parties' exhibit and witness lists are due in February, followed by pre-trial briefs in March. Undersigned attorney of record in this case, also recently took over as attorney of record in Southern California Edison., and is in the process of coordinating with the Government's experts in order to file the Government's expert reports in March. Finally, undersigned attorney of record in this case is also attorney of record in Hall v. United States, 07-825 (Fed. Cl.), in which he is required to respond to plaintiff's complaint by

March 10, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant our request to revise the scheduling order entered by the Court on July 30, 2007, and enlarge the date for the submission of the Government's expert reports and response to APS's damages schedules by 112 days, to and including, June 20, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Christopher J. Carney
CHRISTOPHER J. CARNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7597
Fax: (202) 307-2503

January 17, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of January 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DATES FOR THE SUBMISSION OF THE GOVERNMENT'S EXPERT REPORTS," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher J. Carney