IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA PUBLIC SERVICE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2832C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DATE FOR THE CLOSE OF DISCOVERY AND SUBMISSION OF THE GOVERNMENT'S EXPERT REPORTS**

Pursuant to Rules 6 and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court revise the scheduling order, entered on July 30, 2007, as amended January 18, 2008, to enlarge the date for the close of discovery and the submission of the Government's expert reports and response to the damages schedules submitted by plaintiff, Arizona Public Service Company ("APS"), by 61 days, to and including August 20, 2008. The current deadline for the close of discovery and the submission of the Government's expert reports and response to plaintiff's damages schedules is June 20, 2008. We also request that plaintiffs still be permitted to conduct the depositions of the Government's experts at a mutually agreeable time in the six weeks following the submission of those experts' reports. This request will not affect the deadline for proposing a reasonable pre-trial and trial schedule by status report, which is due to be filed within seven days after the current close of discovery, or June 27, 2008.

This is the second request to enlarge the discovery deadline and the third request to enlarge the expert report deadline. In July 2007, the parties jointly moved to enlarge the entire discovery schedule by six months. In January 2008, the Court granted the Government's

unopposed motion to move the expert report deadline from February 29, 2008 until June 20, 2008—making that deadline co-extensive with the close of discovery. Counsel for APS has stated that APS does not oppose this request.

The Government is working diligently to complete discovery in this spent nuclear fuel matter. APS has produced more than 80,000 pages of documents. Since February, the Government has taken the deposition of 11 fact witnesses and APS's expert witness, and has one more fact deposition scheduled for the end of next week in Phoenix. Additionally, as part of the Court-ordered audit process, the Government traveled to Phoenix to conduct an on-site accounting audit of APS's damages claim, and has submitted follow-up audit requests to APS to obtain answers to outstanding questions. The parties are still cooperating in this effort, and hope to resolve the remaining issues in the near future. Additionally, there are particular technical and engineering documents that the Government still hopes to obtain from APS, which will assist the Government's technical experts in evaluating APS's claim. The parties are currently working through these remaining discovery issues. Granting an enlargement of time to complete discovery is necessary to complete the financial audit and resolve the few remaining discovery issues. Enlarging the expert report deadline will allow the Government's experts to fully consider all the relevant documents and the deposition testimony of APS's employees, as well as the results of the financial audit, in forming their opinions and preparing their reports. This will also allow for a more complete response to the plaintiff's damages schedules, potentially narrowing the cost issues that remain to be contested at trial.

The Government also requests this enlargement because the Government attorney team assigned to this case is substantially similar to the team assigned to Dominion Resources, Inc. v.

United States, No. 04-83C (Fed. Cl.), Dominion Resources, Inc. v. United States, No. 04-84C (Fed. Cl.), Southern California Edison Co., No. 04-109C (Fed. Cl.), and Carolina Power & Light v. United States, No. 04-37C (Fed. Cl). That team just concluded a two-week trial on May 16, 2008 before Judge Bruggink in the Dominion cases. Substantially all the attorneys' time in the weeks leading up to the trial and during the trial were devoted to those cases. Plaintiffs' post-trial brief in those matters is due June 18, and our response is due approximately three weeks later on July 10. In Southern California Edison, in which undersigned counsel is also the attorney of record, we anticipate that depositions of the Government's expert witnesses will take place in the next two months. In Carolina Power, the parties completed post-trial briefing in February, and closing arguments were heard in April. Additionally, the undersigned attorney is also counsel of record in two other matters that require responses to the plaintiff's complaints in the next two months, Rodriguez v. United States, No. 07-837C (Fed. Cl.), and Moore v. United States, 08-319 (Fed. Cl.).

For the foregoing reasons, defendant respectfully requests that the Court grant our unopposed request to revise the scheduling order entered by the Court on July 30, 2007, as amended on January 18, 2008, and enlarge the date for the close of discovery and the submission of the Government's expert reports and response to APS's damages schedules by 61 days, to and including August 20, 2008.

Respectfully submitted,

GREGORY G. KASTAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Christopher J. Carney
CHRISTOPHER J. CARNEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7597
Fax: (202) 307-2503

May 22, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of May 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DATE FOR THE CLOSE OF DISCOVERY AND SUBMISSION OF THE GOVERNMENT'S EXPERT REPORTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher J. Carney