# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: July 16, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The parties' joint status report raises a number of issues that we await defendant's motion(s) to resolve. Generally, however, we conduct trials where most of the witnesses are located, particularly the fact witnesses, rather than for the attorneys' convenience. Ideally, a trial location would serve the interests of the all parties, their attorneys, and all witnesses. If this is not possible, however, we see no need to deviate from normal practice. Unless a reason for trying the case in two parts presents itself, we would expect to convene in mid-January and remain in Phoenix until the parties rest their cases.

The issue of how to pursue plaintiff's case should be a matter for plaintiff to decide. We would not direct a plaintiff to pursue its case according to a particular theory; however, we will consider the arguments on this point as soon as they are presented.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge