IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARIZONA PUBLIC SERVICE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2832C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ADJUST DISCOVERY SCHEDULE**

Pursuant to Rules 6 and 6.1 of the United States Court of Federal Claims ("RCFC"), plaintiff, Arizona Public Service Company ("APS"), and defendant, the United States, respectfully request an adjustment of the deadlines set forth in the Court's Discovery Scheduling Order of July 30, 2007, as modified by the Court's June 3, 2008 Order, to complete fact and expert discovery. Presently, discovery is set to close, and the Government's expert reports and response to APS's damages schedules are due, on August 20, 2008. The Court has indicated that it expects to begin trial in mid-January 2009 in Phoenix, Arizona.

This revision to the current discovery schedule is necessary in light of the August 7, 2008 decisions of the United States Court of Appeals for the Federal Circuit in several spent nuclear fuel ("SNF") cases: Pacific Gas and Electric Co. v. United States, No. 2007-5046 (Fed. Cir.); Yankee Atomic Electric Co. et. al. v. United States, No. 2007-5025, -5026, -5027, -5031, -5032, -5033 (Fed. Cir.); and Sacramento Municipal Utility District v. United States, No. 2007-5052, -5097 (Fed. Cir.). In those decisions, the Federal Circuit, among other things, adopted a SNF acceptance rate different from that used by APS in calculating its damages, and different from that advocated by the Government, and remanded all three cases to the Court of Federal Claims to apply that rate. While it is possible that the parties to those appeals will seek further review of

the Federal Circuit's decisions, APS has represented that it desires to prepare a revised damages and causation analysis using the acceptance rates adopted by the Federal Circuit, so that it can present such analysis at the trial of this matter.

APS and the United States recognize that the Government will need additional time to take limited discovery on such an analysis. The parties also recognize that the Government will also need additional time for its experts to consider the new analysis and to issue their expert reports, necessitating a change in the current schedule. Accordingly, the parties request that APS be given until September 15, 2008, to submit its revised damages and causation analysis, along with any additional documentary evidence relating to such analyses. The parties also request that the Government be given until October 15, 2008, to conduct additional discovery regarding APS's revised analysis, and that the deadline for its expert reports be reset to October 31, 2008. Finally, the parties request that APS be permitted to take the depositions of the Government's experts by December 5, 2008. APS believes that these revised dates could still accommodate a trial in mid-January in Phoenix, Arizona.

For the foregoing reasons, the parties respectfully request that the Court grant their joint motion to adjust the discovery schedule, as reflected in the schedule set forth above.

Respectfully submitted,

GREGORY G. KASTAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Brad Fagg
BRAD FAGG
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 – telephone
(202) 739-3001 – facsimile

Of Counsel:
PAUL M. BESSETTE
D. BRUCE MCPHERSON
MORGAN, LEWIS & BOCKIUS, LLP

Attorneys for Plaintiff
Arizona Public Service Company

s/ Christopher J. Carney
CHRISTOPHER J. CARNEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
(202) 305-7597 – telephone
(202) 305-7643 – facsimile

Of Counsel:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy

MARIAN E. SULLIVAN
Senior Trial Counsel

JOSEPH E. ASHMAN
ANDREW P. AVERBACH
LISA L. DONAHUE
Trial Attorneys
Department of Justice

Attorneys for Defendant

August 18, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2008, a copy of the foregoing “JOINT MOTION TO ADJUST DISCOVERY SCHEDULE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher J. Carney