# In the United States Court of Federal Claims

* * * * * * * *

ARIZONA PUBLIC SERVICE COMPANY, *

Plaintiff, * No.03-2832C

v. * Filed: August 27, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The parties seek an extension of their discovery deadline to September 15, 2008, and discovery related to damages until October 15, 2008. Those motions are GRANTED. Plaintiff joins in making this request and neither party believes that these extensions will affect the trial now scheduled for mid-January in Phoenix.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge